PROB 12C
(6/16)

Report Date: November 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Augustus Johnley | Case Number: 0980 2:18CR00003-TOR-1 |
| Address of Offender: | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 19, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 18 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 22, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 21, 2024 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Johnley is considered to be in violation of his supervision conditions by failing to undergo a substance abuse evaluation since on or about November 23, 2020.<br><br>On May 22, 2019, a U.S. probation officer met with Mr. Johnley upon his release from custody.  Mr. Johnley reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On October 27, 2020, Mr. Johnley was confronted regrading his failure to obtain a substance abuse evaluation.  He was advised of the potential consequences should he not comply.  Mr. Johnley expressed an unwillingness complete a substance abuse evaluation. |

As of November 23, 2020, Mr. Johnley has refused to complete the substance abuse evaluation after several attempts to encourage him to satisfy this supervision obligation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/24/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

November 24, 2020
Date